NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MANUEL GAFANHA,<br><br>           Plaintiff,<br>      v.<br><br>JOHN HOCHBERG, MD<br><br>           Defendant. | Civil Action No. 09-444 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the Opinion filed herewith,

It is on this 31st day of March 2011,

**ORDERED** that defendant's motion for summary judgment [D.E. 77] on plaintiff's federal claim is **granted**. The Court declines to exercise supplemental jurisdiction and **dismisses** the remaining counts of plaintiff's amended complaint [D.E. 5].

The Clerk of the Court is directed to close this file.

                                                       /s/ Katharine S. Hayden<br>
March 31, 2011                                       Katharine S. Hayden, U.S.D.J.